UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| MARIA ROMANO | § | |
| *Plaintiff* | § § § § | |
| VS. | § | CASE NO. |
| WAL-MART, INC. AND WAL-MART STORES, INC. | § § § § § | |
| *Defendants* | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, MARIA ROMANO (hereinafter referred to as "Plaintiff"), and files this General Complaint complaining of Defendant, WAL-MART, INC. AND WAL-MART STORES, INC. (hereinafter referred to as "Defendant"), and in support thereof, would respectfully show as follows:

## I.
## PARTIES

1. Plaintiff, MARIA ROMANO, is an individual who is a citizen of the United States and a resident of the State of Colorado.

2. Defendant, WAL-MART, INC. AND WAL-MART STORES, INC. is a corporation registered to conduct business in the state of Colorado. Defendant Walmart operates its headquarters at 702 SW 8th Street, Bentonville, Arkansas, 72716 and may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| MARIA ROMANO | § § § | |
| *Plaintiff* | § § | |
| VS. | § § | CASE NO. |
| WAL-MART, INC. AND WAL-MART STORES, INC. | § § § § § | original |
| *Defendants* | § § | |

## PLAINTIFF'S GENERAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, MARIA ROMANO (hereinafter referred to as "Plaintiff"), and files this General Complaint complaining of Defendant, WAL-MART, INC. AND WAL-MART STORES, INC. (hereinafter referred to as "Defendant"), and in support thereof, would respectfully show as follows:

### I.
### PARTIES

1. Plaintiff, MARIA ROMANO, is an individual who is a citizen of the United States and a resident of the State of Colorado.

2. Defendant, WAL-MART, INC. AND WAL-MART STORES, INC. is a corporation registered to conduct business in the state of Colorado. Defendant Walmart operates its headquarters at 702 SW 8th Street, Bentonville, Arkansas, 72716 and may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## II.
## JURISDICTION AND VENUE

3. The Court has jurisdiction under 28 U.S.C. § 1332 based on diversity because the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. Venue is proper in this district because Plaintiff resides in this district, and a substantial part of the events or omissions giving rise to these claims occurred in this district. *See.* U.S.C. § 1391 (b)(1); 28 U.S.C. § 1391 (b)(2).

## III.
## FACTUAL ALLEGATIONS

5. On the 4th day of December, 2020, Maria Romano went shopping at the Walmart Store No. 1199 located in Avon, Co. She was an invitee on the premises. As she was leaving the store, and walking in the parking lot, she tripped on a large crack in the parking lot causing her to fall and sustain injuries. The crack in the parking lot constituted a dangerous condition which Defendant, Walmart, knew or should have known about.

6. Defendant, Walmart was negligent in the following respects:

   1. Failing to maintain the premises in a reasonably safe condition; and
   2. Failing to properly inspect the subject property for any unsafe Conditions.

## IV.
## DAMAGES

7. Plaintiff has been injured and damaged in an amount that is within jurisdictional limits of this Court for which she now pleads.

8. Plaintiff would show that, as a direct and proximate result of the negligent acts and/or omissions of the Defendant as set out above, she has suffered the following damages:

    a.    Medical expenses in the past and that, in reasonable probability, will continue for the balance of his natural life;

    b.    Physical pain and mental anguish in the past and that, in reasonable probability, will continue for the balance of his natural life;

    c.    Physical impairment in the past and that in reasonable probability, will continue for the balance of his natural life; and

    d.    Physical disfigurement in the past and future.

9.    Plaintiff is entitled to pre-judgment interest at the highest rate allowed by law, for which she now pleads.

10.    Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff, MARIA ROMANO, prays that Defendant be served with process and that upon trial by jury that Plaintiff have verdict and judgment against the Defendant, for actual damages shown and proven at trial, for pre-judgment and post-judgment interests, punitive damages, costs of court, and for all other relief at law and in equity to which he is entitled.

Respectfully submitted,

*/s/ Marty Herring*

MARTY HERRING
Federal I.D. #: 6693
1616 S. Voss Rd.., Suite 890
Houston, Texas 77057
713-787-9885
713-787-9886-facsimile
Email: martyherring@hotmail.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading is being furnished to opposing counsel listed below, via electronic service on the 17th day of January, 2022, and the original of said document is being filed in the Office of the Clerk:

/s/ *Marty Herring*

MARTY HERRING

4